■ In the Matter of the Arbitration between PORT JEFFERSON STATION TEACHERS ASSOCIATION, INC., Respondent, and BOARD OF EDUCATION, BROOKHAVEN-COMSEWOGUE UNION FREE SCHOOL DISTRICT, Appellant.—In a proceeding to confirm an arbitration award, the appeal is from a judgment of the Supreme Court, Suffolk County, entered May 22, 1979, which granted the petition and confirmed the award of the arbitrator. Judgment affirmed, with $50 costs and disbursements. The arbitrator's award is neither irrational (see *Rochester City School Dist. v Rochester Teachers Assn.,* 41 NY2d 578) nor violative of public policy (see *Matter of Antonopoulou v Beame,* 32 NY2d 126; *North Syracuse Cent. School Dist. v North Syracuse Educ. Assn.,* 45 NY2d 195). Hopkins, J. P., Damiani, Martuscello and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BARNES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 14, 1977, convicting him of attempted burglary in the third degree and petit larceny, after a nonjury trial, and imposing sentence. By order dated July 9, 1979, this court reversed the judgment, on the law, and dismissed the indictment *(People v Barnes,* 71 AD2d 628). By order dated June 3, 1980, the Court of Appeals reversed the order of this court and remitted the case to this court for a determination of the facts (50 NY2d 375). Judgment affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings so that execution of the judgment may be commenced or resumed. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.